UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEIDELBERG PRINT FINANCE
AMERICAS, INC.,

    Plaintiff,

-vs-

Case No. 08-14677
Hon: AVERN COHN

CLASSIC AND ASSOCIATES,
INCORPORATED and NORTHERN
CROSS CAPITAL, LLC,

    Defendants.

_____/

## ORDER

This is an action to recover machinery leased by plaintiff to defendants. Defendants defaulted on lease payments. Plaintiff was entitled to possession. Unfortunately for plaintiff, Oakland County seized and sold the machinery before plaintiff was able to repossess. All this happened in 2004 (Doc. 3). Because defendants were insolvent, plaintiff did not pursue the case. However, no order of dismissal was entered. It now appears that the Oakland County Treasurer has on hand $31,000.00 which represents the excess of the amount received at the sale of the machinery over what was owed plaintiff. This excess belongs to plaintiff as owner of the machinery.

Accordingly, the Oakland County Treasurer is directed to pay the excess of the proceeds received from the sale of the machinery to plaintiff. After payment of the excess, plaintiff shall notify the Court and submit an order of dismissal.

SO ORDERED.

     s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated:  March 20, 2009

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 20, 2009, by electronic and/or ordinary mail.

     s/Julie Owens
Case Manager, (313) 234-5160